■ In the Matter of KENNETH V. and Others, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; AUGUST V., III, Appellant. (Appeal No. 1.) [762 NYS2d 563] —Appeal from an order of Family Court, Erie County (Szczur, J.), entered April 18, 2002, which found that respondent's children are neglected children.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (see Matter of Lisa E. [appeal No. 1], 207 AD2d 983 [1994]). Present—Pine, J.P., Hurlbutt, Scudder, Kehoe and Lawton, JJ.